UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 10, 2026 **Time:** 36 Minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 26-cr-00008-YGR **Case Name:** UNITED STATES v. Tony Eugene Covington

**Attorney for Plaintiff: Jared Buszin**
**Attorney for Defendant: Elisse Larouche**
**Defendant: Tony Eugene Covington** [ X ] Present [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody [ X ] Not in Custody
**Probation: Pepper Friesen**

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Kelly Shainline

## PROCEEDINGS

Sentencing - Held

Sentencing recommendations are argued and submitted. The defendant addressed the Court. The Court orders that Paragraph 15 of the Presentence Investigation Report is Stricken.

The defendant is committed to the custody of the Bureau of Prisons for a term of 30 months as to Counts One and Two of the Indictment, to be served concurrently. Three years supervised release on each of Counts One and Two, all such terms to run concurrently with standard and special conditions as stated on the record. The defendant must not knowingly leave the four Federal Judicial Districts of California without getting permission from the probation officer. The defendant must not own, possess, or have access to firearms, ammunition, destructive devices, or dangerous weapons. The defendant must participate in an outpatient testing and treatment for drugs and alcohol abuse, as directed by the probation officer. The defendant is ordered to participate in parenting classes. The defendant must not knowingly associate with any known member of the Nuestra Familia or Norteño and Turn Around Gang (TAG) street gangs, and must not wear the clothing, colors, or insignia of the Nuestra Familia or Norteño street gangs.

The defendant’s interest in the following property shall be forfeited to the United States: one Glock semiautomatic pistol bearing serial number BGGK833; one Masterpiece Arms pistol bearing serial number F22500; Rounds of 9mm ammunition seized by Alameda County Sheriff’s deputies on August 11, 2025, and August 20, 2025; one Glock magazine seized by Alameda County Sheriff’s deputies on August 11, 2025; and $70 in United States currency.

The defendant shall pay a $200.00 mandatory special assessment. The Court orders the fine waived.

The Court Grants the government’s oral motion to dismiss Count Three of the Indictment.

The Court will recommend to the Bureau of Prisons to designate the defendant to a facility as close to the San Francisco Bay Area as possible to facilitate family visitation.

The defendant is ordered to self-surrender to the facility if designated, otherwise to the U.S. Marshal on November 13, 2026, at 12:00 p.m.